FILED

2020 Nov-04 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2020 OCT 26  P 12: 40

U.S. DISTRICT COURT
N.D. OF ALABAMA

James William Sales
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-1685-AKK-JHE
*(to be filled in by the Clerk's Office)*

K. Petters  et al
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I.     **The Parties to this Complaint**

A.     **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | James William Sales |
| All other names by which you have been known: | |
| ID Number | 278544 |
| Current Institution | William.E donaldson |
| Address | 100 warrior lane |
| | Bessemer · · · Al · · · 35023 |
| | *City* · · · *State* · · · *Zip Code* |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity, or official capacity, or both. Attach additional pages if needed

Defendant No. 1

| | |
|---|---|
| Name | Johnson |
| Job or Title *(if known)* | ████████ CPt. /██ |
| Shield Number | |
| Employer | Supervisor of the state correctioNAl |
| Address | loo warrior lane |
| | Bessemer · · · Al · · · 35023 |
| | *City* · · · *State* · · · *Zip Code* |

☑ Individual Capacity     ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Carl Sanders |
| Job or Title *(if known)* | Lt. supervisor /shift supervisor |
| Shield Number | |
| Employer | State corrections |
| Address | loo warrior lane |
| | Bessemer · · · Al · · · 35023 |
| | *City* · · · *State* · · · *Zip Code* |

☑ Individual Capacity     ☑ Official Capacity

2

Defendant No. 3

Name — Corben D Tunstall

Job or Title *(if known)* — Officer of the State

Shield Number —

Employer — State corrections of Alabama

Address — 100 warrior lane

Bessemer | Al | 35023
City | State | Zip Code

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 4

Name — T Trell

Job or Title *(if known)* — officer of the state

Shield Number —

Employer — State of Alabama corrections

Address — 100 warrior lane

Bessemer | Al | 35025
City | State | Zip Code

☑ Individual Capacity   ☑ Official Capacity

## II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 8th And 14th Amendment WAS Violated

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? See Attached

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See Attached

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other
       *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose. See Attached

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

C.   What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*

See Attached

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Mental & And Physical injurys ☐ I'm fearful doe to Jaw & being broken once that more injurys will Come

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want 550 ~~Thousand~~ Thousand dollars After ~~taxes~~ taxes And erally parole given to do to Alabama's department correction not & being Able or willing to protect there inmate from ~~officers~~ officer related Abuse

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance

1. Where did you file the grievance?

With CAPtAin Johnson

2. What did you claim in your grievance?

thAt I WAS And Am being AssAlted And Shaven & HArBSSment

3. What was the result, if any?

there where no result I WAS told nothing Would be done About it

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

there is no Appeal & Procedure At All

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

_____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Cpt. Johnson, Leuei'ant. Carl Sanders, waden 2 K. Petters
I had my compliant e.mailed to them

3. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Attached exhibits
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

I did not have the money
to Pay filing fee
_____
_____
_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  JAmes william sales

    Defendant(s)  G.Givens, C.Sanders; C.D.Tunstall, K.Petterso

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    northern district of AlAbamA

3.  Docket or index number

    2:20-CV-2011-JHE

4.  Name of Judge assigned to your case

    JHon H england III

5.  Approximate date of filing lawsuit

    Aug:8

6.  Is the case still pending?

    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition.  Sep-17

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    dismissed had to PAy filing fee

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

**Printed Name of Plaintiff**     James William Sales
**Prison Identification #**     278544
**Prison Address**     100 Warrior Lane
                  bessemer            Al          35023
                  *City*                    *State*          *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     10/17/2020
                  (Date)

                  James Sales 278544
                  Signature of Plaintiff

Exhibits 1 — 4   **RECEIVED**

Dear, filing clerk do to me Being
in the Prison where I WAS Assaulted
And beaten apon by Officers Tunstall
And Sanders At william.E. Donaldson
I do not feel safe the officers
Say there goine to Ether get A
Inmate whom in unknowen to
me to Assault me for them
I'm Already being Assault with
word And threats of physicalinjury
from Both officers And inmates
I WAS sprayed in handcuffs by officer
Tunstall in the medical Health care unit
For giving voice to my claim Around
other inmates Now this Above
Stated happend on MAY, 7, 2020
I WAS writen up for

AUG 10 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

LEUePANT

Threating An offices which I did not
but ~~Lest~~ Lost in court do to officer
word be more then mine An ~~a~~
inmate NAmed willie Johason
Saw this second Assault ~~And~~ Also
my mental Health ~~wrote~~ MHP through
Wexford health wrote A report
on fact she fond out About
dealing with this Assault I
Need A transfer to Lime Stone
Correctional AWAY from this
Prison soon or I fear
Physical injury resulting in
my Death

Officer Tunstall was around me again
today the date is the 1st day of July
way was I told he would not be around
me but any time he ~~want~~ wants to
is able to come around me so would
I be wrong if I do Something out
of fear then I'd only keep myself in
~~this~~ ~~this~~ this Shit hole of A prison Righ

13th Of July I saw officer Tunstall — tso
he feed trays on Sunday "
is he still alowe
has hit

~~This is his first of a ___ life~~

On July 17th officer corbin Tunstall was in the drom again Ms. millar and ms. Harris was work in the dorm at the time he entered the dorm. so this my question if wexford Health already Knows this officer Assauted and has beaten me while my hands where in hand cuffs behind my back what make it safe for this officer to be around me. Futhermore 208 procedures Say that the to reder full efficent, and iNdustrious service is that What he is doing? Respond promptly to directions and iNstructions of supervisor, observe "all" Laws, rules, and regulations and ext.. I Know he is not this is me proving he is not following procedure given his for the orderly runing of this Prison Just cheak the 208 Employee StanDards of conduct and Discipline

SECU

AUG 07 2020

U.S. DISTRICT COURT
NORTHERN DISTRICT AL ALABAMA

Clerk's office
Room 140 Hugol, Black
U.S. court house, 1724 5th
Avenue North Birmingham
Al, 35203 - 2145

James william Sales
278544 , 100 Warrior
lane , Bessemer
Al, 35023

2 - 4
Exhibits

On 9/23/2020   Officer corbin .D Tunstall
was passing out Trays with officers gains,
Trell, and roggers he brought a Tray to my
cell/room at 10:10 on the clock and when
I asked officer gains would he bring a Tray
or swich the Tray that officer Corbin D. Tunstall
brought me to my cell/room with another
because I don't feel safe with him
dealing with my food officer Tunstall then
said to officer gains if he don't get
the tray I brought him he don't eat
Officer gain then swich my tray out
with craft in 19 cell/room to deal
with the problem officer Tunstall then
walked back to my cell/room door and
called me inmate James william sales 278544
a ho ass scarry ass nigger I said o.k I'llbe
all that just as long as I'm safe and you can't
harm me again

Signed James Sales 278544

3-4
EXHIBITS

Officer Corbin D. Tunstall Assaulted me James William Sales 278544 with A TRAY At 3:27 Because he's mad I keep writing him up for what he does wrong to me I was Later brought A Tray / Plate with food on it by female officer Trell but why won't Adoc do Anything About this officer Corbin D. Tunstall if he is Alowed to Show Actions like this to me with out Adoc doing Anything that would mean that I Am not Safe in Prison so the Court Should let me out of Prison do to metal Health And Adoc not being Able to Protect me inmate James william sales 278544 today's date is

date: Aug-1-2020    Exhibits 4 of 4

(Attache to 1983 form/ statement of facts: Part II
Section:D) Complaint form

This I write in case something else
happens to me while I have this Legal suit
going on officess that where And are at this
Prison And wardens for Alowing the employee's
to make these kind of Actions Against me.
At the time these event took ~~plac~~ Place
go As folloWed: Officers of the States correctional
Staff whom names Are Corbin. D. Tunstall,
LT. ~~xxx~~ ~~xx~~ C. Sanders, Superintendents/~~xxx~~
Warden 2-3  K. Petterson , G. Givens

AS you may Already Know on April 9th,
of 2020 I WAS in cell/room 5-S ~~xxx~~ dorm At
the time of ~~xxxx~~ events of this claim
While/ reson for being in S-dorm WAS I
WAS on Suicide risk observation) in S-dorm
Cell/room 5 I fond A WAY to cut myself
by making A knife out of A window And
did cut myself

Next officer Corbin .D. Tunstall
came to the door of the cell/room I WAS
in with two large cans of MASE I
WAS then sprayed by this officer six times
3 from each can  then he walked out the
dorm officer rogger came And Asked me

And I did. After that happend I was
Place in handcuff with my hand behind
my back once in cuff's I was taken
out of the suicide cell/room And
was being walked to the medical
Health care unit by officer's sutten, And
Roggers. (Now I know as you know that
because they work togather it would
be a good Idea to cheak there work
relationship do to that fact they may
Lie for each other)

        Furthermore I'm wanting to
show evrything so this Prison knows the
truth of what happend to me At there
Prison while I have been here as far
As this) for a shower by way of walking
through the RS+U Hallway once I made
it in the Hallway officer Corbin .D. Tunstall
walked out of ther cubical And told the
other two officers hold him Right there
they responded with hold up let me
get Away form Arand here befor Yall
do anything I asked what do you
mean But the officess whom had
taken me out of the cell/Room
walked

Out to the smoke Area between the RSTU ~~the~~ HAllway And ~~the~~ the mental health Care unit once the officers whom hAd tAken me out of the cell/room where gone I wAs punched in the fAce repeAtdly by officer Corbin .D. TunstAll he ~~Also~~ Also open my eyes And sprayed me repeatdly do to me Already being in cuffs wAs this to keep me from seeing him or wAs this done to me to cAuse more physicAl injury? IS ~~the~~ this the employee StandArds TrAined by Administration, And wAs he following Administrative RegulAtion ~~a~~ number 208? for the understAnding of employee's Rules reAd 208

After this went on ~~for~~ from 12:45 to Around 1:00 I wAs then pulled up off the floor of the RSTU HAll wAy And ~~offend~~ when I opened my eye's Officer Trell wAs on my right And officer gAin ~~o~~ wAs on my Left And officer Corbin .D. TunstAll wAs infront of me yelling Now NiggA didn't I tell you to Stop PlAying with me

While he was yelling this. officer
LT. C. Sanders walked in And said is that
him meaning me James william Sales
278544 officer tunstall said yeah
thats the dumb ass right there pointing
At me. LT. Sanders walked up
to me And slaped me in the face
then punched me in the right eye
two times I then said you
know you just rebroke my jaw he
responded with so what nigga what can
you do About it

Last A mental health obsever named
mrs. cater was placed as my obsever At
the time the event in this my claim
happend. WAS there in the small
space between the smoke Area And
the RSTU hall way And saw me
being Assaulted And brutaly treated
in the RSTU hall way And reported
what she saw to mrs. Boolk And mr. Pain
the supervisers Superviser's over
mental health All these events
Above stated happend on April 9th, 2020

While he WAS yelling this. offices
LT. C. SANders WALKed in And SAid is thAt
him meaning me JAmes William SAles
278544 officer tunstAll SAid yeah
thAts the dumb ASS right there Pointing
At me. LT. SANders WAlked up
to me And SlAped me in the fAce
then Punched me in the right eye
two times I then SAid you
Know you Just rebroke my JAW he
responded With So whAt niggA whAt cAn
you do About it

LAst A mentAl heAlth Observer NAmed
mrs. CAter WAS PlAced AS my observer At
the time the event in this my ClAim
hAppend. WAS there in the smAll
sPAce between the smoke AreA And
the RSTU hAll WAY And SAw me
being AssAulted And brutAly treAted
in the RSTU hAll WAY And rePorted
whAt she SAw to mrs. Boolk And mr. PAin
the superviser's Superviser's over
mentAl heAlth All these events
Above stAted hAppend on APril 9th, 2020

After the events of April 9th 2020
I WAS SexAly Assulted by officer
Tunstall ~~the~~ this event happend on
April 14th 2020  While I WAS be
Walk to my 10 day crisis risk follow up
Apointment it around 7:30 or 8:00 Am when
~~officers~~ officers Trell, gains, And Tunstall
Walked in the dorm they did not say
Anything to me yet so when mrs. Trell the
officer of the State came to my door
I said good morning to her she said
do you what to ~~go~~ go to your follow up,
I said yes she then hand Cuffed men
behind my back  officers gains, and
Tunstall walked on the side of ~~the~~ dorm
with cell/room ~~a~~ numbers 1-12 on the
bottom And 25-36 on top I WAS in
X-dorm   At ~~no~~ the ~~a~~ time these
events happend once I made ~~it~~ it
down the stairs  I had Trell behind me
And gain on my right  And officer
Corbin .D. Tunstall on my left  when
I had made it ~~a~~ to the middle of
the floor  Tunstall moved in front of
me and pulled my Penis out folded
my Penis. over his cut down tool And

SAid Nigga I'll cut your dick heAd off
I reported this in the mentAl
HeAlth CAre when I got there to
mr. spincer And the docter.

MAY 7th I wAs Still in X-36 I
wAs told by the officers I hAd Sick cAll
Apointment once there I sAw cAptAin
CAldwell in the medicAl HeAlth unit
So I SAid WhAt do I do About
whAt your officer hAs done to me
he responded with write I NI
thAt Ain't got nothing to do with
me. So I SAid I would And
he wAlked out then In mAtes
Asked me whAt happend so I
SAid what had happend And officer
tunstAll wAlked over to where I
wAs sitting Asked me whAt I hAd
Just sAid and the hole time I
hAd A mAsk on do to covert 19 out
breAk And I SAid WhAt SAid was you
hAve AssAulted me two times so fAr
in two different different wAys he
then pulled his PersonAl mAse cAn out
And sprAyed the hole cAn on me